LEONARD L. STEIN, Plaintiff, v. HENCO REALTY COMPANY, INC., and Others, Defendants. BIRDIE F. COHEN, Appellant; GEORGE R. BRENNAN, Receiver, Respondent.— In an action to foreclose a second mortgage, order granting, on reargument, the receiver's motion to settle his accounts, and denying the cross-motion of defendant Cohen to direct the receiver to turn over to her all moneys in his hands, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

MARGARET WEIS and Another, Respondents, v. ROYAL FREIGHT LINES, INC., Appellant, and EDWARD D. ASPINWALL, Defendant.—Action by Margaret Weis to recover damages for personal injuries sustained as the result of a collision between an automobile owned and controlled by defendant Aspinwall, in which she was riding as a guest, and a motor truck owned and controlled by the corporate defendant; action by her husband to recover for expenses and loss of services. Judgment in favor of plaintiffs and against the corporate defendant, which appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

VILLAGE OF AMITYVILLE, Appellant, Respondent, v. TOWN OF BABYLON, Respondent, Appellant.— Matter remitted to Special Term, pursuant to stipulation, for the purpose of making a determination to be based on a new stipulation embodying facts and circumstances in accordance with a decision by the Court of Appeals on April 16, 1935, in the action of *Village of Depew* v. *Town of Cheektowaga* (267 N. Y. 144). Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

JOHN ANDERSON, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

BERNARD DUNCAN, an Infant, by His Guardian ad Litem, WILLIAM DUNCAN, Appellant, v. JEROME LAURY, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

GRACE HOFFMANN, an Infant, by ELIZABETH HOFFMANN, Her Guardian ad Litem, and FRANK HOFFMANN, Respondents, v. CYPRESS HILLS SPORTING CLUB, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Johnston, J., not voting.